**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7396**

_____

BRUCE WAYNE KOENIG,

Plaintiff - Appellant,

and

DONALD R. FOX,

Plaintiff,

v.

STATE OF MARYLAND; CHAPLAIN REGINALD BELLAMY; CHAPLAIN RACHMIEL TOBESMAN; WARDEN DAYENA CORCORAN; OAG INTERESTED PARTY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:20-cv-02085-CCB)

_____

Submitted:  March 24, 2022                    Decided:  March 28, 2022

_____

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bruce Wayne Koenig, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koenig v. Maryland*, No. 1:20-cv-02085-CCB (D. Md. Sept. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*